UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIE SULIK, ET AL.

VERSUS

TLC PROPERTIES, INC.,
ET AL.

CIVIL ACTION

NO. 08-009-JJB

## RULING AND ORDER

Defendant TLC filed a motion for summary judgment (doc. 39). The motion is opposed; there is no need for oral argument.

The court finds that summary judgment is not appropriate for the reasons stated in plaintiffs' opposition.

Accordingly, defendant's motion for summary judgment (doc. 39) is hereby DENIED.

Baton Rouge, Louisiana, June 2nd, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA